POOLE & SHAFFERY, LLP
David S. Poole (SBN 94690)
Samuel R.W. Price (SBN 255611)
400 South Hope Street
Suite 1100
Los Angeles, CA 90071
Telephone: 213-439-5390
Facsimile: 213-439-0183

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Gilsulate International, Inc

Plaintiff(s)

v.

DriTherm International, Inc, a New Jersey Corporation &
Jared Sandman, an Individual

Defendant(s).

CASE NUMBER

2:13-cv-01012-RSWL-JPR

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
*PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*
(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*
(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

**SECTION I - INFORMATION**

Henry, Ryan S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Law Offices of Ryan Henry, PLLC
*Firm Name*

1380 Pantheon Way
Suite 215
*Street Address*

San Antonio, Texas 78232
*City, State, Zip Code*

210-257-6357
*Telephone Number*

210-569-6494
*Fax Number*

Ryan.Henry@RSHLawfirm.com
*E-Mail Address*

I have been retained to represent the following parties:
Gilsulate International, Inc.

[X] Plaintiff   [ ] Defendant   [ ] Other: _____
[ ] Plaintiff   [ ] Defendant   [ ] Other: _____

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Supreme Court of Texas | 11/5/1998 | Yes |
| US Supreme Court | 7/1/2010 | Yes |
| Northern District of Texas | 2/13/2004 | Yes |
| Southern District of Texas | 2/19/1999 | Yes |

G-64 (06/13)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 3

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California ?    ☐ Yes   ☒ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?    ☐ Yes   ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 11/25/2013

Ryan Henry
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

G-64 (06/13)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 2 of 3

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Poole, David S.
*Designee's Name (Last Name, First Name & Middle Initial)*

Poole & Shaffery, LLP
*Firm Name*

400 South Hope Street
Suite 1100
*Street Address*

Los Angeles, California 90017
*City, State, Zip Code*

213-439-5390
*Telephone Number*

213-439-0183
*Fax Number*

dpoole@pooleshaffery.com
*E-Mail Address*

94690
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated December 6, 2013

David Poole
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Eastern District of Texas- Admitted 1/25/2008 and in Good Standing
Western District of Texas- Admitted 8/9/2002 and in Good Standing

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

December 02, 2013

RE:   **Mr. Ryan Scott Henry**
      State Bar Number - **24007347**

To Whom it May Concern:

This is to certify that Mr. Ryan Scott Henry was licensed to practice law in Texas on November 06, 1998 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

**PROOF OF SERVICE**
(F.R.Civ.P. Rule 5(b); U.S.D.C., C.D. Cal., L.R. 5-3; C.C.P. §§ 1013a, 2015.5)

<u>Gilsulate International, Inc., v. Dritherm International, Inc.</u>
United States District Court Case No. 2:13-CV-01012-RSWL-JPR

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 400 S. Hope Street, Suite 1100, Los Angeles, CA 90071.

On December 6, 2013, I served the foregoing document described as: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***, on the interested parties in said action in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

By Mail [Federal]  I placed such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

(BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below

I caused said document(s) to be transmitted by email to each addressee set forth below on this date. The transmission of this document was complete and without error.

I caused such envelope to delivered via overnight delivery to the party(ies) listed on the attached mailing list.

Executed on December 6, 2013, at Los Angeles, California.

[State]  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[Federal]  I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

/S/
_____
Silvia Abrignani, Declarant

POOLE · SHAFFERY
400 South Hope Street, Suite 1100, Los Angeles, CA 90071
Telephone: (213) 439-5390  Facsimile: (213) 439-0183

## SERVICE LIST

**Gilsulate International, Inc., v. Dritherm International, Inc.**
United States District Court Case No. 2:13-CV-01012-RSWL-JPR

James C. Potepan, Esq.
James C. Hildebrand, Esq.
LEClair Ryan, LLP
725 S. Figueroa Street, Suite 350
Los Angeles, CA 90017
T:      213-488-0503
F:      213-624-3755
Email:  james.potepan@leclairryan.com
        james.hildebrand@leclairryan.com