JAMES C. POTEPAN (SBN 107370)
Email: james.potepan@leclairryan.com
JAMES C. HILDEBRAND (SBN 150319)
Email: james.hildebrand@leclairryan.com
LECLAIRRYAN LLP
725 S. Figueroa Street, Suite 350
Los Angeles, CA 90017
Telephone: (213) 488-0503
Facsimile: (213) 624-3755

Attorneys for Defendants
DRITHERM INTERNATIONAL, INC. and
JARED SANDMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GILSULATE INTERNATIONAL, INC. a California corporation,

Plaintiff,

v.

DRITHERM INTERNATIONAL, INC., a New Jersey corporation; JARED SANDMAN, an individual; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. CV 13-01012 RSWL (JPRx)

Judge: Hon. Ronald S.W. Lew
Complaint Filed: February 12, 2013

**WITNESS LIST OF DEFENDANTS DRITHERM INTERNATIONAL, INC. AND JARED SANDMAN**

Pretrial Conf. Date: 06/03/14
Trial Date: 06/17/14

Pursuant to Central District Local Rule 16-5, defendants Dritherm International, Inc. and Jared Sandman ("Defendants") submit the following list of witnesses who may be called to testify at trial in this matter:

///

///

///

///

///

1. Jared Sandman
2. Edwin Reed
3. Bill Jordan
4. Ron Dunn
5. Rob Yardley
6. Jeff Rogas
7. Patrick J. Fox
8. Michael Kaplan
9. Scott Beckwith
10. Harry Gregory
11. Wayne Hubbard

Defendants reserve the right to call witnesses identified on the Witness Lists submitted by the other parties in this action.

Dated: May 13, 2014

LECLAIRRYAN

By: /s/ James C. Hildebrand
JAMES C. POTEPAN
JAMES C. HILDEBRAND
Attorney for Defendants DRITHERM INTERNATIONAL, INC. and JARED SANDMAN